Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Hilary Potashner (SBN 167060)
hpotashner@larsonllp.com
A. Alexander Lowder (SBN 269362)
alowder@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:  (213) 436-4888
Facsimile:   (213) 623-2000

Attorneys for Defendants
SCUDERIA DEVELOPMENT, LLC,
1001 DOUBLEDAY, LLC,
VON KARMAN - MAIN STREET, LLC,
and 10681 PRODUCTION AVENUE, LLC

ROBERT F. RUYAK *(Pro Hac Vice)*
robertr@ruyakcherian.com
**RUYAKCHERIAN LLP**
1901 L Street NW, Suite 700
Washington, DC  20036
Telephone:  202-838-1560

Attorneys for Defendants
PERFECTUS ALUMINIUM INC.,
aka "Perfectus Aluminum Inc.," and
PERFECTUS ALUMINUM ACQUISITIONS LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        vs.<br><br>ZHONGTIAN LIU,<br>        aka "Liu Zhongtian,"<br>        aka "Chairman,"<br>        aka "Uncle Liu,"<br>        aka "UL,"<br>        aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS LIMITED,<br>        aka "ZW,"<br>        aka "Mother Ship,"<br><br>ZHAOHUA CHEN,<br>        aka "Chen Zhaohua." | Case No. 19-cr-00282 RGK<br><br>**STIPULATION TO (1) CONTINUE SENTENCING HEARING OF AND (2) ENTRY OF ORDER ENJOINING DISSIPATION OF ASSETS BY DEFENDANTS SCUDERIA DEVELOPMENT, LLC, 1001 DOUBLEDAY, LLC, VON KARMAN - MAIN STREET, LLC, and 10681 PRODUCTION AVENUE, LLC, PERFECTUS ALUMINIUM, INC. and PERFECTUS ALUMINUM ACQUISITIONS, LLC.** |

| | |
|---|---|
| aka "Uncle Chen,"<br>XIANG CHUN SHAO,<br>   aka "Johnson Shao,"<br>PERFECTUS ALUMINIUM, INC.,<br>   aka Perfectus Aluminum Inc.,"<br>PERFECTUS ALUMINUM ACQUISITIONS, LLC,<br>SCUDERIA DEVELOPMENT, LLC,<br>1001 DOUBLEDAY, LLC,<br>VON KARMAN - MAIN STREET, LLC, and<br>10681 PRODUCTION AVENUE, LLC,<br><br>                  Defendants. | **CURRENT HEARING DATE:**<br>**February 28, 2022 at 1:30 p.m.**<br><br>**[PROPOSED] HEARING DATE:**<br>**March 28, 2022 at 1:30 p.m.**<br><br>Judge:  R. Gary Klausner |

## JOINT STIPULATION

Defendants Scuderia Development, LLC, 1001 Doubleday, LLC, Von Karman - Main Street, LLC, and 10681 Production Avenue, LLC (the "Warehouse Defendants"), and Perfectus Aluminum, Inc., and Perfectus Aluminum Acquisitions, LLC (the "Perfectus Defendants") and collectively "Defendants," by and through their respective counsel of record, Larson LLP and Ruyak Cherian LLP and plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Poonam G. Kumar, Roger Hsieh, and Gregory D. Bernstein (collectively, the "Parties") hereby submit the following joint stipulation:

WHEREAS, the sentencing hearing in this matter was initially scheduled for December 13, 2021, and then continued to February 28, 2022, at 1:30 p.m.

WHEREAS, counsel for the Defendants require additional time to prepare and assemble relevant evidence, as well as additional time to respond to the Pre-Sentence Report which was disclosed on January 24, 2022;

WHEREAS, Defendants agree to the entry of an order, pursuant to 28 U.S.C. § 1651, prohibiting them, their agents, representatives, employees, attorneys, parent companies, subsidiaries, owners, and their assigns, from transferring, selling, assigning, pledging, distributing, giving away, encumbering, or otherwise participating in the disposal or removal from the jurisdiction of this Court of Defendants' assets (*i.e.*, "property or rights to property," *see* 18 U.S.C. § 3613(a)), including, but not limited to, the warehouse properties owned by 1001 Doubleday, LLC (Ontario), Scuderia Development, LLC (Riverside), 10681 Production Avenue (Fontana), and Von Karman – Main Street, LLC (Irvine), and the 279,808 aluminum items seized by the government, or taking any action of causing any action to be taken that might depreciate, damage, or diminish the value of Defendants' property or rights to property for the period of time from the date of the order until 30 days beyond the sentencing date in this matter;

///

1  WHEREAS, Defendants and their counsel shall promptly provide actual
2  notice of the order approving this stipulation to any person who has the authority
3  (actual or apparent) to take any action with regard to the Defendants' assets as set
4  forth above; and
5  WHEREAS, Plaintiff United States of America does not object to a
6  continuance of the sentencing hearing upon the entry of an order restraining the
7  dissipation of assets.
8  Accordingly, the parties jointly stipulate and request to continue the
9  sentencing hearing in this matter to March 28, 2022, at 1:30 p.m., or as soon
10 thereafter as is convenient for the Court.  Moreover, the parties jointly stipulate that
11 Objections to the Pre-Sentence Report shall be filed no later than February 28, 2022,
12 and Positions Re: Sentencing and Responses to Objection to the Pre-Sentence
13 Report shall be filed no later than March 14, 2022.
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| Dated: February 2, 2022 | | LARSON LLP |

By: _____/s/ Hilary Potashner[1]_____
Stephen G. Larson
Hilary Potashner
A. Alexander Lowder

Attorneys for Defendants
SCUDERIA DEVELOPMENT, LLC, 1001 DOUBLEDAY, LLC, VON KARMAN - MAIN STREET, LLC, and 10681 PRODUCTION AVENUE, LLC

Dated: February 2, 2022    RUYAKCHERIAN LLP

By: _____/s/ Robert F. Ruyak_____
Robert F. Ruyak

Attorneys for Defendants
PERFECTUS ALUMINIUM INC., aka "Perfectus Aluminum Inc.," and PERFECTUS ALUMINUM ACOUISITIONS LLC

Dated: February 2, 2022    TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney

By: _____/s/ Poonam G. Kumar_____
Poonam G. Kumar
Roger A. Hsieh
Gregory D. Bernstein

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] Pursuant to Local Rule 5-4.3.4, I attest that the attorneys for the United States of America, as well as counsel for co-Defendants Perfectus Aluminum Inc., aka "Perfectus Aluminum Inc." and Perfectus Aluminum Acquisitions LLC, concur in this filing's content and have authorized its filing.